# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MID-CONTINENT EXCESS & SURPLUS INSURANCE COMPANY,

    Plaintiff,

vs.

EXPERIENTIAL SYSTEMS, INC. and KELLY CHRISTINE LOVEDAY MAHER, conservator of RILEY MAHER, a minor,

    Defendants,

EXPERIENTIAL SYSTEMS, INC.

    Counter-Plaintiff,

vs.

MID-CONTINENT EXCESS & SURPLUS INSURANCE COMPANY

    Counter-Defendant.

Case No. 1:19-cv-00436-RJJ-RSK

Judge Robert J. Jonker

Magistrate Judge Ray Kent

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant, Mid-Continent Excess & Surplus Insurance Company, and Defendants/Counter-Plaintiff, Experiential Systems, Inc., and Defendants, Kelly Christine Loveday Maher, conservator of Riley Maher, a minor, each by their respective counsel, stipulate and agree to the dismissal with prejudice of all claims and counter-claims which Mid-Continent Excess & Surplus Insurance Company and Experiential Systems, Inc. have alleged in the above captioned case.

Respectfully submitted,

*s/ Nicole Wilinski*
Nicole E. Wilinski (P61904)
Attorney for Mid-Continent
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141
nicole.wilinski@ceflawyers.com

*s/ Charles L. Mudd, Jr.*
Charles L. Mudd, Jr.
Attorney for Experiential Systems, Inc.
3114 W. Irving Park Rd., Ste. 1W
Chicago, IL 60618-3435
(773) 588-5410
charles@muddlaw.com

*s/ Daniel P. Beck*
Daniel P. Beck (P44665)
Attorney for Maher
59 N. Walnut, Ste. 201
Mt. Clemens, MI 48043
(586) 468-6345
dbeck@mdil.net