# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MID-CONTINENT EXCESS & SURPLUS
INSURANCE COMPANY,

    Plaintiff,

vs.

EXPERIENTIAL SYSTEMS, INC. and
KELLY CHRISTINE LOVEDAY MAHER,
conservator of RILEY MAHER, a minor,

    Defendants,

EXPERIENTIAL SYSTEMS, INC.

    Counter-Plaintiff,

vs.

MID-CONTINENT EXCESS & SURPLUS
INSURANCE COMPANY

    Counter-Defendant.

Case No. 1:19-cv-00436-RJJ-RSK

Judge Robert J. Jonker

Magistrate Judge Ray Kent

## ORDER OF DISMISSAL

This matter having come before the Court by Stipulation of the Parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter be dismissed with prejudice and without costs as to all parties.

**IT IS SO ORDERED.**

Dated: June 16, 2021

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE